In the Matter of DONALD MACK BENNETT, Appellant, v JEFF McKOY, Superintendent, et al., Respondents.

Submitted October 7, 2013; decided November 19, 2013

Motion for reconsideration of this Court's September 3, 2013 dismissal order denied [see 21 NY3d 1048 (2013)]. Motion for poor person relief dismissed as academic.

CADLEROCK, L.L.C., Respondent, v JAN Z. RENNER, Appellant.

Submitted September 30, 2013; decided November 19, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.